**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT - 4 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR245-F |
| | ) | [18 USC 1071] |
| TORRIE RAPHAEL BATES | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 21, 2005 and continuing until May 31, 2005, in Montgomery, Alabama, in the Middle District of Alabama, defendant,

TORRIE RAPHAEL BATES,

did harbor and conceal Timothy Wright, for whose arrest a warrant had been issued under the provisions of any law of the United States, so as to prevent his discovery and arrest, after notice and knowledge of the fact that a warrant had been issued for the apprehension of Timothy Wright and that the warrant issued on a charge of felony, in violation of Title 18, United States Code, Section 1071.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney