IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

UNITED STATES OF AMERICA )
)
v )
Torrie Bates ) CR. NO. 2:05CR245-F
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Torrie Bates, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL. February 13, 2006

10/31/2005
**DATE**

_Torrie Bates_
**DEFENDANT**

**ATTORNEY FOR DEFENDANT**