**COURTROOM DEPUTY MINUTES**    DATE: 10-31-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 4:32 – 4:46 pm
4:47 – 4:53 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] **ARRAIGNMENT**
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: DRB | DEPUTY CLERK: sql |
| CASE NO.: 2:05cr245-F | DEFT. NAME: Torrie Raphel BATES |
| USA: Redmond | ATTY: Bethel |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO |
| | ( ) Stand In ONLY    M/Appt. |
| USPTSO/USPO: Martin | Oral Order |
| Defendant ___ does  ✓ does NOT need an interpreter | |
| Interpreter present  ✓ NO ___ YES  NAME: _____ | |

- [x] kars.        Date of Arrest 10-31-05  or  [ ] karsr40
- [x] kia.         Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [x] kcnsl.       Deft. First Appearance with Counsel
- [ ]              Deft. First Appearance without Counsel
- [ ]              Requests appointed Counsel      [ ] ORAL MOTION for Appointment of Counsel
- [x] kfinaff.     Financial Affidavit executed  [ ] to be obtained by PTSO
- [ ] koappted    **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- [ ] k20appt.    Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]              Deft. Advises he will retain counsel. Has retained _____
- [ ]              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]              Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.     **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn       **ORDER OF DETENTION PENDING TRIAL** entered
- [x] kocondrls.  Release order entered. Deft. advised of conditions of release
- [x] kbnd.       [ ] **BOND EXECUTED** (M/D AL charges) $25,000. Deft released (kloc LR)
-                 [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]              Preliminary Hearing [ ] Set for _____
- [ ] ko.         Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.     Waiver of [ ] preliminary hearing; [ ]Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]              Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [x] karr.       **ARRAIGNMENT** SET FOR: _____ [x] HELD. Plea of **NOT GUILTY** entered.
-                 [x] Set for 2-13-06 Trial Term; [ ] **PRETRIAL CONFERENCE DATE:** _____
-                 DISCOVERY DISCLOSURES DATE: 11-1-05
- [ ] krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.   Identity/Removal Hearing set for _____
- [ ] kwvspt     Waiver of Speedy Trial Act Rights Executed