# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ Northern  ☐ Southern  ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 12-1-2005 | @ 11:32 ☑ a.m. ☐ p.m |
| DATE COMPLETED 12-1-2005 | @ 11:34 ☑ a.m. ☐ p.m |

CASE NO. 2:05cr245-F

UNITED STATES OF AMERICA        vs.        Torrie Raphael BATES
Plaintiff(s)                                              Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Redmond

**Defendant (s)**
Donnie Bethel

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk: ___
USPO/USPTS: ___
Crt Rptr: ___
Interpreter: ___
Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference      ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other ___

**Pretrial Conference** ✓

Pending Motions: ___
Discovery Status: None          Plea Status: Prob.
Trial Status/Length: 1 Day      Trial Term: ___