COURTROOM DEPUTY'S MINUTES     DATE: 2-6-2006
MIDDLE DISTRICT OF ALABAMA     DIGITAL RECORDING: 11:33 - 11:56 am
                               COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT          ✓ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB        DEPUTY CLERK: sq1
CASE NUMBER: 2:05CR245-LSC       DEFENDANT NAME: TORRIE RAPHAEL BATES
AUSA: Redmond                    DEFENDANT ATTORNEY: Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:    ☐ Not Guilty
         ✓ Guilty as to:
              ✓ Count(s): 1
              ☐ Count(s):              ☐ dismissed on oral motion of USA
                                       ☐ to be dismissed at sentencing
✓ Written plea agreement filed   ☐ ORDERED SEALED
✓ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 .

☐ CRIMINAL TERM:           ☐ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel